# Court of Appeals
# of the State of Georgia

ATLANTA, December 05, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0626.  DARREL SMITH v. RUSSELL HUGHES.**

Russell Hughes sued Darrel Smith in magistrate court for breach of contract. After the magistrate court ruled in favor of Hughes, Smith appealed to superior court. The superior court heard the matter de novo and likewise ruled in favor of Hughes. Smith now appeals directly to this Court.  We, however, lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003) (punctuation omitted); see also OCGA § 5-6-35 (a) (1).  Because Smith did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 12/05/2016*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*